

February 23, 2016

Elizabeth (Lisa) Graham
2850 East Upland Drive
Salt Lake City, UT 84109

Dear Lisa:

On behalf of Bristol Hospice, LLC, I am pleased to offer you a position as HR/Benefits Generalist. As discussed, in this position your starting compensation will be an hourly amount of $[redacted] less required or authorized taxes or withholdings. This position is hourly, non-exempt, and full-time. Your start date is April 1, 2016.

In addition to your compensation, as a full-time employee, you will be eligible to receive the applicable benefits which are offered to eligible Bristol Hospice employees. These benefits are described in the enclosed materials. You are eligible for applicable benefits on the first of the month following 30 days of employment. You will start accruing PTO on your first day of employment. Your PTO accrual rate is .0385. Your PTO is available for use once it has been accrued.

This offer is contingent on results of the following: drug, physical and background screenings. The results from these screenings are required before you are able to begin employment. Bristol Hospice reserves the right to rescind this offer based on results of these screenings.

We greatly look forward to having you join Bristol Hospice and become a member of our team. However, we recognize that you retain the option, as does the Bristol Hospice, of ending your employment with Bristol Hospice at any time, with or without notice and with or without cause. As such, your employment with Bristol Hospice is at-will and neither this letter nor any other oral or written representations may be considered a contract. The above details in this offer letter are those existing at the time of hire. As the business needs of Bristol Hospice change, Bristol may adjust or modify these details as needed.

Should you have any questions about starting with Bristol Hospice, please do not hesitate to contact me.

Sincerely,

*Debra Wertz*

Debra Wertz
Executive Vice President, Human Resources


I agree to the terms of the employment set forth above.

_____          02/24/2016
Lisa Graham   (Signature)                  Date

BH0252