# CONFIDENTIAL

# JOB PERFORMANCE EVALUATION

Employee Name: Lisa Graham        Position: HR/Benefits Generalist

Location: Corporate        Review Period: 12/28/2015 to 6/1/2016

## GENERAL INSTRUCTIONS

1. Review the job description of the person being appraised before completing the appraisal.
2. Indicate your appraisal of the person's performance with respect to each of the factors specified on page 2 by circling the appropriate number. Use the following definitions:
   a. Outstanding-Performance is exceptional and of the highest quality.
   b. Above Average-Performance is significantly higher than required, but not sufficient to justify a rating of "outstanding."
   c. Average: Performance meets reasonable standards for someone with the incumbent's tenure. Requires only normal or routine guidance. No significant deficiencies noted.
   d. Below Average: Performance is minimally acceptable, but leaves significant room for improvement. Employees who receive this rating are "just getting by."
   e. Unsatisfactory: Performance does not meet the minimum requirements for the position.
   f. Not Applicable: Due to the nature of the position, this employee is not evaluated based on this factor.
3. After all factors have been appraised, determine the employee's overall rating as directed on page 2.
4. Use the Comments section (page 3) to:
   a) Elaborate on specific reasons why certain factors were rated less or more than average.
   b) Identify new goals, objectives, commitments, etc.
   c) Allow the employee the opportunity to make any comments (in writing) that he/she desires regarding the evaluation.
5. The supervisor and employee must sign and date the performance appraisal.
6. File the completed evaluation in the employee's personnel file.

## PERFORMANCE EVALUATION GUIDELINES

In order to ensure consistent and fair performance evaluations, follow these simple guidelines:

1. Appraise the performance of this individual as it relates to his/her performance of the essential functions of the position as listed in the applicable job description.
2. Compare each employee to the same standard. At no time should prejudice or partiality influence the rating.
3. Rate the employee's performance based on the entire review period. Do not base the rating on isolated incidents or recent accomplishments only.
4. Do not let your ratings on one factor be influenced by ratings on other factors.
5. Avoid the tendency to rate "Average" on all factors unless average is applicable.
6. Make the comments accompanying your appraisal relate to actual performance to facilitate discussion and to help the appraised understand:  1) How well he/she is doing; 2) Where his/her strengths lie and how he/she can use them to the best advantage; 3) What his/her weaknesses are, and 4) How he/she can improve performance.

| | PERFORMANCE EVALUATION SCALE | | | | | | Score (Enter no. circled or NA) |
|---|---|---|---|---|---|---|---|
| | Does not apply | Unsatis-factory | Below Expecta-tions | Meets Expecta-tions | Exceeds Expecta-tions | Outstand-ing | |
| **QUALITY OF WORK** Accuracy, neatness, thoroughness, economy | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 9 |
| **QUANTITY OF WORK** Productivity, timeliness | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 6 |
| **DEPENDABILITY** Follows instructions, judgment, punctuality, attendance record | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 9 |
| **COOPERATION** With supervisor, fellow employees | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 8 |
| **COMMUNICATION** With supervisor, fellow employees, patients, patients' families | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 7 |
| **INITIATIVE** Ingenuity, self-reliance, planning, ambition | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 7 |
| **SELF-IMPROVEMENT** Interest, observation, questions, study | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 6 |
| **PERSONALITY** Appearance, courtesy, friendliness, expression, stress | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 10 |
| **SUPERVISORY SKILLS** Effective management and direction of subordinates, training, support | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | N/A |

BH0086

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Policies & Procedures** Follows Bristol policies and procedures, ensures compliance with CHAP and federal and state hospice rules and regulations | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 6 |
| **Goals** Completed goals set in previous year | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | N/A |

| | | |
|---|---|---|
| 91+% Outstanding<br>80+% Exceeds Expectations<br>50+% Meets Expectations<br>30+% Below Expectations<br>Below 30%-Unsatisfactory | **TOTAL POINTS** | 68 |
| | **% TOTAL POINTS DIVIDED BY POINTS POSSIBLE** | 76% |
| | **OVERALL RATING** | Meets |

## COMMENTS

Comment on any factor which the employee was given a rating less than or higher than "meets expectations." Provide specific examples that support such a rating.

Lisa started with Bristol through a staffing company. She became an actual employee on April 1, 2016. Although this evaluation is for the entire five months she has been with Bristol, we will consider this her 90 evaluation as an employee.

Lisa is very thorough in every task she completes. She digs deep into the issue to ensure she has a clear and complete understanding of the problem. Lisa works relentlessly. Although she chats once in a while, it is very seldom and not for long periods. I can always count on her being actively engaged in her work. In addition, her attendance is stellar. In the six months she has worked for Bristol, she has not taken a single day off work. She is not a clock watcher. She works until the work is done.

There are times when employees and some of Bristol's technology can be trying for everyone; however, Lisa takes everything in stride. She deals with difficult employees on a regular basis, but you don't see Lisa's feathers ruffled. She just takes care of business. Lisa doesn't engage in gossip or any of the drama that can often be in the workplace. She is always a professional. If she does have frustration, she does not show it.

Lisa does not complain when special projects or other tasks are placed on her. She willingly pitches in. She enjoys learning new things and is excited when something is taken care of. She likes to be considered an expert in her job tasks and digs deep to ensure she understands the topic thoroughly.

**Supervisor's Additional Comments:** One area I feel could stand improvement is the amount of time it takes to research and implement new practices. Lisa sometimes gets so much in depth in her learning that she doesn't notice the time it's taking to implement important policies. When there is too much information, it can appear overwhelming and it's hard to implement new things when basics are buried in the details. An example of this is the research project regarding fingerprinting. The task was to find out the policies for each state and then develop a step by step instruction to ensure that the fingerprinting is being accomplished. It has taken over two months to finalize Georgia and Oklahoma. The other states have still not been settled. I would encourage Lisa to recognize when she has enough details and then complete the project. She can always go back to study the details more in depth as time permits. In Lisa's defense, I may not have been clear regarding

BH0087

the expectations; therefore, I will be more concise and clear in the expectations and apply applicable deadlines.

**Goals:**
1) Complete the basic guidelines for fingerprinting for all of the locations by August 3, 2016.
2) Complete yearly look back period for health insurance by November 30, 2016.
3) Learn about and develop a brochure regarding the employee assistance program by August 30, 2016.

**Employee's Comments:**

Supervisor's Signature: _Debra G. Wertz_   Date: 7/8/2016

Employee's Signature: _[signature]_   Date: 7/8/2015