# CONFIDENTIAL

# JOB PERFORMANCE EVALUATION

Employee Name:  Lisa Graham                    Position: HR/Benefits Generalist

Location:  Corporate                           Review Period: 6/1/2016 to 4/1/2017

## GENERAL INSTRUCTIONS

1. Review the job description of the person being appraised before completing the appraisal.
2. Indicate your appraisal of the person's performance with respect to each of the factors specified on page 2 by circling the appropriate number. Use the following definitions:
   a. Outstanding-Performance is exceptional and of the highest quality.
   b. Above Average-Performance is significantly higher than required, but not sufficient to justify a rating of "outstanding."
   c. Average: Performance meets reasonable standards for someone with the incumbent's tenure. Requires only normal or routine guidance. No significant deficiencies noted.
   d. Below Average: Performance is minimally acceptable, but leaves significant room for improvement. Employees who receive this rating are "just getting by."
   e. Unsatisfactory: Performance does not meet the minimum requirements for the position.
   f. Not Applicable: Due to the nature of the position, this employee is not evaluated based on this factor.
3. After all factors have been appraised, determine the employee's overall rating as directed on page 2.
4. Use the Comments section (page 3) to:
   a) Elaborate on specific reasons why certain factors were rated less or more than average.
   b) Identify new goals, objectives, commitments, etc.
   c) Allow the employee the opportunity to make any comments (in writing) that he/she desires regarding the evaluation.
5. The supervisor and employee must sign and date the performance appraisal.
6. File the completed evaluation in the employee's personnel file.

## PERFORMANCE EVALUATION GUIDELINES

In order to ensure consistent and fair performance evaluations, follow these simple guidelines:

1. Appraise the performance of this individual as it relates to his/her performance of the essential functions of the position as listed in the applicable job description.
2. Compare each employee to the same standard. At no time should prejudice or partiality influence the rating.
3. Rate the employee's performance based on the entire review period. Do not base the rating on isolated incidents or recent accomplishments only.
4. Do not let your ratings on one factor be influenced by ratings on other factors.
5. Avoid the tendency to rate "Average" on all factors unless average is applicable.
6. Make the comments accompanying your appraisal relate to actual performance to facilitate discussion and to help the appraised understand:  1) How well he/she is doing; 2) Where his/her strengths lie and how he/she can use them to the best advantage; 3) What his/her weaknesses are, and 4) How he/she can improve performance.

BH0089

| | PERFORMANCE EVALUATION SCALE | | | | | | Score (Enter no. circled or NA) |
|---|---|---|---|---|---|---|---|
| | Does not apply | Unsatis-factory | Below Expecta-tions | Meets Expecta-tions | Exceeds Expecta-tions | Outstand-ing | |
| **QUALITY OF WORK** Accuracy, neatness, thoroughness, economy | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 9 |
| **QUANTITY OF WORK** Productivity, timeliness | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 6 |
| **DEPENDABILITY** Follows instructions, judgment, punctuality, attendance record | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 10 |
| **COOPERATION** With supervisor, fellow employees | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 8 |
| **COMMUNICATION** With supervisor, fellow employees, patients, patients' families | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 8 |
| **INITIATIVE** Ingenuity, self-reliance, planning, ambition | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 8 |
| **SELF-IMPROVEMENT** Interest, observation, questions, study | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 8 |
| **PERSONALITY** Appearance, courtesy, friendliness, expression, stress | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 10 |
| **SUPERVISORY SKILLS** Effective management and direction of subordinates, training, support | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | N/A |

BH0090

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Policies & Procedures** Follows Bristol policies and procedures, ensures compliance with CHAP and federal and state hospice rules and regulations | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 7 |
| **Goals** Completed goals set in previous year | NA | 1  2 | 3  4 | 5  6  7 | 8  9 | 10 | 10 |

| | | |
|---|---|---|
| 91+%  Outstanding<br>80+% Exceeds Expectations<br>50+% Meets Expectations<br>30+% Below Expectations<br>Below 30%-Unsatisfactory | **TOTAL POINTS** | 84 |
| | **% TOTAL POINTS DIVIDED BY POINTS POSSIBLE** | 84% |
| | **OVERALL RATING** | Exceeds |

## COMMENTS

Comment on any factor which the employee was given a rating less than or higher than "meets expectations." Provide specific examples that support such a rating.

Lisa is very thorough in every task she completes. She digs deep into the issue to ensure she has a clear and complete understanding of the problem. Lisa works relentlessly. I can always count on her being actively engaged in her work. In addition, her attendance is stellar. In the year she has worked for Bristol, she has not taken a single day off work. She is not a clock watcher. She works until the work is done.

She deals with difficult employees on a regular basis, but you don't see Lisa's feathers ruffled. She just takes care of business. She is always a professional. If she does have frustration, she does not show it.

Lisa does not complain when special projects or other tasks are placed on her. She willingly pitches in. She enjoys learning new things and is excited when something is taken care of. She likes to be considered an expert in her job tasks and digs deep to ensure she understands the topic thoroughly.

Lisa has improved in her communication with her supervisor. She keeps her supervisor up to date on projects she is working on by submitting a report of her accomplishments. She also inquires more to ensure that she is clear on what direction she should go when facing something that is not familiar.

Lisa is and continues to be an integral part of the successful completion of open enrollment.

**Supervisor's Additional Comments:**

**Goals:**
1) Complete yearly look back period on a monthly basis for health insurance and submit a report to the EVP/HR by the 5th of the following month.
2) Submit a gap analysis between Bristol's current safety/emergency plan and the target safety/emergency plan by June 1, 2017.
3) Provide a priority checklist of actions needed to close the gap recognized in goal 2 by July 1, 2017.
4) Provide monthly meeting minutes for the Corporate safety committee to the EVP/HR within two weeks of each meeting.

BH0091

**Employee's Comments:**

Supervisor's Signature: _Delna C. Wert_  Date: 4/5/2017

Employee's Signature: _[signature]_  Date: 4/5/2017

BH0092