# CHARGE OF DISCRIMINATION

Utah Anti-Discrimination & Labor Division and EEOC

RECEIVED
MAR 05 2018
ANTIDISCRIMINATION AND LABOR COMMISSION

UALD No:
EEOC No:

**NAME** (Indicate Mr., Ms., Mrs.): Elizabeth Graham
**HOME TELEPHONE** (Include Area Code):
**STREET ADDRESS**:
**CITY, STATE AND ZIP CODE**: Salt Lake City UT 84109
**DATE OF BIRTH**:

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: Bristol Hospice Holdings Inc
**TELEPHONE** (Include Area Code): (801) 325-0176
**STREET ADDRESS**: 206 N 2100 W Ste 200, Salt Lake City UT 84116
**COUNTY**: Salt Lake

**NAME**: Webster Capital
**STREET ADDRESS**: 1000 Winter St Center Entrance, Waltham MA 02451

**CAUSE OF DISCRIMINATION BASED ON**
- [ ] RACE
- [ ] COLOR
- [X] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [X] RETALIATION
- [X] AGE
- [ ] DISABILITY
- [ ] GENDER IDENTITY
- [ ] SEXUAL ORIENTATION
- [ ] RELIGIOUS LIBERTY PROTECTION

**DATE DISCRIMINATION TOOK PLACE**
EARLIEST:
LATEST: 11/21/2017
[X] CONTINUING ACTION

**THE PARTICULARS ARE** (If additional space is needed, attach extra sheets(s)):

I was hired on December 28, 2015, as a temporary, then on February 23, 2016, hired as a Benefits Generalist position. I am a female over the age of forty and I have reason to believe I have been subject to discrimination based on my age and gender.

Since February 2, 2017, the Director Payroll & Benefits and the VP Human Resources have been creating a hostile work environment, denied equal employment opportunities and undermining my work. I disclosed in private all the discriminatory behaviors that I experienced to the VP HR and the Director Payroll & Benefits, the COO and CEO and they claimed that this was a singular incident and they would be more vigilant. My claim was dismissed and nothing was done. I felt like I switched an environment that made me feel uncomfortable and uneasy for one which I have been repeatedly retaliated against. Others not of my protected classes were not treated this way.

On November 21, 2017, they failed to provide me the necessary information required to do my job. I felt singled out and treated differently and I was told by the VP Human Resources that "I should start looking for another job." They also falsely accused me of missing deadlines, being deceptive and undermined my work in front of Executive Directors and other employees and impugning my reputation of doing a good job. I believe my age and gender is the determining factor of this ongoing unlawful and unfair treatment.

I believe I have been discriminated against based on my age and gender. I also believe I have been subjected to unlawful retaliation and the acts of my employer are in violation of the Age Discrimination in Employment Act of 1967, Title VII of the Civil Rights Act of 1964 and the Utah Antidiscrimination Act of 1965, both as amended.

I understand this charge will be filed with both the EEOC and the State or local Agency, if any, unless jurisdictional issues dictate otherwise. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY**
State of Utah ) ss.
County of Salt Lake )

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF CHARGING PARTY
X /s/ Elizabeth

SUBSCRIBED AND SWORN/AFFIRMED TO ME ON THIS 3rd DAY OF March, 2018, by Elizabeth Graham (Charging Party)

/s/ Jeni Penn
Notary Public

March 14, 2021
My Commission Expires



JENI PENN
Notary Public • State of Utah
Commission # 694295
My Commission Expires
March 14, 2021

GRAHAM 000011