## REQUEST FOR WITHDRAWAL OF CHARGE OF DISCRIMINATION

You recently indicated a desire to withdraw your charge. In order to initiate such action, please furnish the information below and return this form to our office.

Please note that your charge is presently open with both the Utah Antidiscrimination & Labor Division (UALD) and the Equal Employment Opportunity Commission (EEOC). If you desire to withdraw your charge with both agencies, it will be necessary to so indicate in the space provided below. Since a request for withdrawal of a charge is subject to the approval of the agencies named above, your request will be considered and acted upon when received. Please note that both agencies are still prepared to proceed with your charge if you so desire.

**Charging Party:** Elizabeth Graham

**Respondent:** Bristol Hospice Holdings Inc

**UALD No.** B8-0263    **EEOC No.** 35C-2018-00263

I am aware that the EEOC and the UALD protect my right to file a complaint. I have been advised that it is unlawful for any person covered by anti-discrimination laws to threaten, intimidate, or harass me because I have filed a complaint. I have not been forced to request this withdrawal.

Also, I have been advised that it is unlawful for any person covered by the enabling legislation of the Utah Antidiscrimination & Labor Division to threaten, intimidate, or harass me because I have filed a complaint.

**I request the withdrawal of my charge because:** _My employer and I agree to move forward communicating directly and in good faith to resolve any workplace concerns._

**I wish to withdraw my charge filed with the Utah Anti-Discrimination & Labor Division:**

_Elizabeth Graham_ (signature)    _April 30, 2018_
Elizabeth Graham                   Date

**I wish to withdraw my charge with the Equal Employment Opportunity Commission:**

_Elizabeth Graham_ (signature)    _April 30, 2018_
Elizabeth Graham                   Date

---

| For UALD Use only: | For EEOC Use Only: |
|---|---|
| ___Approve  ___Disapprove | ___Approve  ___Disapprove |
| Division Director _____ | Director _____ |
| Date: | Date: |

y2form-001  Modified: 4/26/2018

GRAHAM 000664