

**U.S. Equal Employment Opportunity Commission**
**Phoenix District Office**

3300 North Central Ave
Suite 690
Phoenix, AZ 85012
(602) 640-5000

FAX (602) 640-5071
1-800-669-4000

BRISTOL HOSPICE HOLDINGS INC
EEOC No: 35C-2018-00263
FEPA No: B8-0263

Elizabeth Graham

Salt Lake City, UT 84109

Dear Sir/Madam:

Your charge of employment discrimination has been withdrawn in accordance with your request.

On Behalf of the Commission:

Jun 07, 2018
_____
Date

_____
Elizabeth Cadle
Director

CC:

GRAHAM 000666