

July 13, 2018

Elizabeth Graham

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Salt Lake City, Utah 84109

Dear Lisa:

On Thursday, July 5, 2018, we discussed an upcoming meeting with the HR Group from Optimal. We discussed their current positions as well as the training that I wanted provided during their upcoming visit scheduled July 10th and 11th. During that discussion, I directed that you provide training to Optimal's HR Analyst, Faith Myers, on Paylocity, Benefits, Workers' Compensation and the Family and Medical Leave Act. You were also directed not to reach out to Optimal's HR Manager, Mia Warren, nor the Sr. VP of HR, Kelly Binninger, as it had not been decided what role they would play in the transition of our departments.

On Thursday, July 5, 2018, an e-mail was sent regarding the itinerary for the upcoming meeting. Per the itinerary, you were to meet with Faith Myers to train her from 9:00 a.m. to 11:00 a.m. on July 11, 2018. On July 10, 2018, the training session was moved to the afternoon of July 10, 2018, from 1:45 p.m. to 4:00 p.m.

On July 11, 2018, I was informed that you made the comment to a co-worker that you could not believe that you were expected to "babysit" the Optimal employee. When I asked Faith how she felt about the training, she reported that she had not received training and that her conversation with you was very uncomfortable. When I asked you to report a summary of the training that you provided, you reported that you had trained on "Bristol Benefits, Workers' Compensation, FMLA processes and briefly reviewed on Paylocity." This does not match up with the report from Faith.

Also, on July 11, 2018, it was reported that you requested several times for Mia Warren's contact information after you had been specifically directed not to reach out to her.

You refused to follow my specific instructions concerning this very important training for Faith. Instead, you complained to others about the assignment and then falsely represented to me that you had completed the assignment. You have undermined the work of others and interfered with our efforts to promote a smooth transition. Your conduct justifies immediate termination of your employment.

206 North 2100 West, Ste. 202  |  Salt Lake City, UT 84116  |  TEL: (801) 325-0175  |  FAX: (801) 478-3533  |  www.bristolhospice.com

Based on these events, Bristol no longer has confidence that you are the right fit as we move into a much more complex and interactive process with other companies as they merge with Bristol. Therefore, Bristol is terminating your employment effective immediately, specifically for the following:

1) Violation of policy 7.2.A.2.i.: Failure to present positive behaviors towards your work, co-workers and management.
2) Violation of policy 7.2.B.1.f.: Refusal or failure to carry out a reasonable and lawful job direction assigned by your supervisor.
3) Violation of policy 7.2.B.2.e.: Knowingly make a false statement either written or verbal when asked to describe a work-related incident.

According to Bristol records, you are currently enrolled in benefits. Your benefits will expire on July 31, 2018. You are eligible for a continuation of your health insurance under the Consolidated Omnibus Budget Reconciliation Act (COBRA) and will receive your COBRA packet approximately 14 days following the cancellation of your benefits. You are also enrolled in Voluntary Employee Life which may be portable to a personal plan by contacting the vendor.

All inquiries regarding your employment should be submitted to the HR Department in writing and accompanied by your signed authorization. Those requests should be submitted via fax at 801-478-3570. The only information that will be provided is your job title and dates of employment unless required by law or legal proceedings.

Thank you for your service. We wish you well.

Sincerely,

*Debra C. Wertz* (signature)

Debra C. Wertz, MMHRM, CPM
Executive VP, Human Resources

Dcw

Cc:  Personnel file

GRAHAM 000114