**From:** Debra Wertz
**Sent:** Thursday, July 05, 2018 9:51 AM
**To:** Kelly Binninger <kbinninger@optimalcares.com>
**Cc:** Sandy Dayton <Sandy.Dayton@BristolHospice.com>; Lisa Payne <Lisa.Payne@BristolHospice.com>; Lisa Graham <Lisa.Graham@BristolHospice.com>
**Subject:** Itinerary - Visit to Bristol Office

Kelly: Here is what we have planned for your visit next week. Obviously, some things will change as we don't know how long conversations will take place, but here is a draft.

Tuesday, July 10th
- 10:30 — Arrive at office and prepare for meeting with Krauter
- 11:00 - 1:00 — Meeting with Krauter for kick off 2019 benefits. Lunch will be served during the meeting. (Kelly, Mia, Faith, Sandy, Debbie, Lisa G.)
- 1:00 - 1:15 — Break
- 1:15 - 1:45 — Tour of Office
- 1:45 - 4:00 — Discussion regarding Bristol HR positions and Optimal HR positions and how they will blend in the future. (Kelly, Mia, Debbie, Sandy, Lisa P., Faith) If you are uncomfortable with Faith being in this meeting, we can set her up in an office or cubicle and she can work on her laptop (if she has one). It's your call.

** I'm not sure if you wanted to do a team dinner or not. Sandy indicated that your team may want to go to Park City instead. If you decide to go to Park City, it would be on your own. It's about a 35 minute drive from the office. If you would prefer dinner, let me know and we will make arrangements.

Wednesday, July 11th
- 9:00 - 11:00 — Job Titles/Descriptions (comparison) Mia, Kelly, Debbie, Sandy, Lisa P.
- 9:00 - 11:00 — Faith will meet with Lisa G. to go over the benefits process, Paylocity, etc.
- 11:00 - 12:00 — Team Lunch
- 12:00 - 1:30 — Faith meets with Sandy, Lisa P. meets with Mia, Kelly meets with Debbie
- 1:30 — Leave for airport

Debra Wertz, MMHRM, SPHR, CPM
Executive Vice President, Human Resources
Bristol Hospice, L.L.C.
801-990-0358 (office)
801-209-3640 (cell)
801-478-3570 (fax)

*Email sent regarding itinerary for meeting scheduled July 10-11, 2018*

GRAHAM 00069