**Lisa Graham**

| | |
|---|---|
| **From:** | Debra Wertz |
| **Sent:** | Thursday, July 12, 2018 9:16 AM |
| **To:** | Lisa Graham |
| **Subject:** | RE: Optimal Training |

Thank you for your summary.

**From:** Lisa Graham
**Sent:** Thursday, July 12, 2018 9:09 AM
**To:** Debra Wertz <Debra.Wertz@BristolHospice.com>
**Subject:** RE: Optimal Training

Prior to Optimal's visit,  I was scheduled to meet with Faith Myers on 7/11/2018 from 9:00am to 11:00am for Paylocity training.

As per your instructions, I met with Faith on 7/10/2018 in the afternoon and reviewed Bristol's Benefits, Workers' Compensation, FMLA processes and briefly reviewed Paylocity. We were scheduled to meet the following morning for two hours for Paylocity training; however, the Paylocity training was cancelled so Faith and I never met for her scheduled training.

I didn't have an opportunity to review Bristol's Workers Compensation, FMLA/LOA, or Safety/Emergency Preparedness processes with Mia or Kelley since I was not scheduled to meet with either of them and I was not invited to attend any of the Bristol meetings with Optimal aside from our joint Bristol/Optimal 2109 benefit meeting with Krauter and the two lunches.

If you would like me to re-schedule the Paylocity training with Faith; Bristol's FMLA/LOA and workers' compensation overview with Mia and Safety and Emergency Preparedness with Kelley,  I'm happy to follow-up. Thank you.

**From:** Debra Wertz
**Sent:** Wednesday, July 11, 2018 1:41 PM
**To:** Lisa Graham <Lisa.Graham@BristolHospice.com>; Sandy Dayton <Sandy.Dayton@BristolHospice.com>
**Subject:** Optimal Training

Please provide me with a summary of the training you provided to (Optimal) during their visit over the last couple of days.

Debra Wertz, MMHRM, SPHR, CPM
Executive Vice President, Human Resources
Bristol Hospice, L.L.C.
801-990-0358 (office)
801-209-3640 (cell)
801-478-3570 (fax)

CONFIDENTIALITY NOTICE: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If

1