**Meeting with Faith Myers: Christie Franklin's Office: Tuesday, July 10, 2018 1:45pm-4:00pm:**

After Bristol/Krauter/Optimal group lunch, I spoke with Caroline McKenzie from Avalon in the main foyer and returned to my desk. No meeting/training scheduled.

Lesa Anderson came to my desk with Faith and said Debbie wanted me to meet with Faith in the afternoon. I asked Lesa Anderson if she would open Christie Franklin's office so we had more room. Lesa opened the Christie's office, Faith sat down and I said I was going to check what Debbie wanted me to do. I left Faith in the office and went to the conference room. I asked Debbie what she would like me to do. She said she wanted me to review Bristol Benefits, FMLA and Workers' Compensation. I replied Faith and I could pick-up where we left off from our July 5, 2018 phone conference call and then the next morning we would do our scheduled Paylocity training.

I returned back to Christie's office and explained to Faith that Debbie would like me to review Bristol Benefits, FMLA and Workers' Compensation and that the following morning we would meet for our scheduled Paylocity meeting. The office was freezing.

Faith appeared to be upset. She said Debbie had dismissed her from the afternoon conference room meeting. I apologized that there was confusion and explained that I would need to take a bit of time to get ready for the training since we would be together for a couple of hours. Faith said she that was fine and would follow-up with some work while I was gone.

I went outside for a couple of minutes to warm-up. Returned to my desk, grabbed my airline blanket and starting getting papers together for the training (FMLA/LOA process guidelines & Leave paperwork/Work Comp Log in Instructions). I was printing off the mainland benefit guide and Annette or someone from coding came by. I complained how long it was taking to print the benefit guide. The copier was going into pending/wait mode. I mentioned that I was training an Optimal staff member and she was waiting for me. I printed off a 401(k) flyer, an example letter for new hires w/attachments. I returned to Christie's office and sat down and gave the handouts to Faith and realized that I didn't print out the Hawaii benefit guide.
I apologized to Faith, again, and left the room to print the guide. It was around 2:00pm when I was finished getting prepared. I sat down with Faith and spent the next two hours meeting with her. We didn't take a break.

**Overview of the Krauter 2019 Benefit Presentation:**

- We discussed the presentation presented by Glenn Risso and the Krauter representative from NYC. We both agreed that his recommendation that we become self-insured was premature since we did not have a claim history that would allow for that. That would be an option in the future but not really for 2019 benefit year. Faith asks about Glenn Risso. I said he was great to work with.
- Another recommendation was to switch from HSAs to HRA with a cost savings of @$200,000. I said I was a fan of HSAs because of its triple-tax advantage. I

mentioned that I had recently read a Devenir Research report that explained the investment advantage of an HSA as well and would like to know more about it and train employees. Faith is a fan of HRAs. Going to HRAs would be a bigger change for Bristol employees than Optimal employees.

**Bristol Benefits/FMLA/Workers' Compensation:**

Intro: As per Debbie, tentatively Faith and I would be counterparts for Benefits, FMLA/LOA & Work Comp). Faith overseeing the West (CA, HI, OR) and I would be overseeing the East (UT, FL, GA, TX, CO). Final decision from Debbie hasn't been made.

**Bristol Benefits:**
Provided Faith w/ a Mainland and Hawaii Benefit Guide:
Reviewed the Bristol Benefit Guide for the Mainland page by page reviewed core & supplemental benefits. Questions.
Reviewed the Bristol Benefit Guide for Hawaii page by page reviewed core & supplemental benefits. Hawaii only one that has HMSA medical. Hawaii is completely different market from rest of company. Questions.
All enrollment, terminations, status changes, QLEs, etc., are manually entered directly into the HMSA system. Kaiser/Hawaii is online.

Benefit enrollment:

Provided Faith with an example of a benefit enrollment letter and 401(k) flyer and a Mainland and Hawaii Benefits Guide. Questions.

Onboarding e-paperwork recruitment Lisa Payne/Annette; Payroll confirms new hires/status change/QLEs/terminations & emails Lesa A who updates new hire spreadsheet. Lisa G eamils out location specific benefit enrollment letter w/ attachments. And separately emails out 401(k) information as well. EE goes into Paylocity and enrolls in benefits within 30-days and benefits are effective the first of the month following 30-days of employment. Everything is online w/Paylocity. Paylocity is user friendly. Employees don't have many problems enrolling.

**Reveiwed Bristol Hospice FMLA/LOA/WC Process (3-pages):**

FMLA/LOA 7-state and 13 location process is centralized at corporate.
How to file for FMLA/LOA for absences longer than 3-days:
Employee: Bristol requests 30-days advance notice if possible; informs supervisor at location; employee is given FMLA/LOA paperwork to complete; employee completes paperwork returns to supervisor to review and date/sign; must provide certification of health care provider; continue to follow-up w/ location, and provide return to work certification.
Location/Corporate: Once supervisor signs/dates employee's paperwork email to corporate; corporate has 5-days to respond to employee; Lisa G. reviews file for eligibility (Paylocity) federal and state. CA, OR, HI have state leave laws: California Family Rights Act (CFRA); California-Pregnancy Disability Leave (PDL); Notice B; Oregon Family eave Act (OFLA); Hawaii Family Leave Act (HFLA). State runs concurrently with FMLA except PDL. Faith is the back-up Mia for FMLA/LOA so has some experience w/CA. CA,HI and OR most

GRAHAM 000691

difficult. Other states TX, GA -LOA only.  Rest under FMLA.

Lisa G drafts letter (specific leave, benefits, cert of health, return to work, job description) with attachments to employee on behalf of the executive director of location. Emails draft letter w/ attachments to ED of location. ED signs and mails/emails to employee. Employee signs and returns back to location and location forwards to corporate. Tracking is done at corporate. Lisa G. follows-up w/ executive director and/or employee if required.

**Workers' Compensation:**

Bristol switched from PMA & WCF (UT state fund) group and Gallagher Bassett to Liberty Mutual in 2018. Fairly smooth transition w/ a few issues Liberty, Debbie and me are working out. WCF, the UT state carrier was excellent to work with. Faith says CA state fund does not have a good reputation.

Same as FMLA/LOA work comp process is centralized at corporate for the 7-states and 13 locations.

Filing a work comp claim:

- Employee reports injury/illness to supervisor asap.
- ED/BOM at location provides employee w/ paperwork to report injury/illness. State paperwork. EE completes report. Supervisor completes additional investigative paperwork. Incident report = first aid only. Witnesses if applicable.
- Location files the claim by phone or email & receives confirmation. Location may consult w/ corporate w/ questions. Forwards confirmation to corporate. Lisa G. reaches out to location, adjuster, employee throughout the process until the employee returns to work without restrictions.
- Liberty approves/denies claim. Here's where we're having a problem. Claims are going directly to close rather than open and when they go to close the adjuster doesn't get in touch w/ the employee and there's been confusion.
- Bristol – back to Christie Franklin has philosophy to have the employee return to work as soon as possible and focuses on modified-duty if full-release to duty is not possible.
- OSHA 300, 301, 301A  forms. Tracking at corporate and we use Liberty work comp management system. Can print loss/run reports.


**Other questions:**

- Why is the payroll department in the HR department? That's how it was when I started. Previously, the payroll department was under the CFO.
- Why I am in HR with an Economics degree? I consider it a basic business degree.

- Why did I leave Macy's? NW division merged with West division and my position as HR/OPs was restructured to an HR only position. Ops was a huge part of job. I had a staff of seven.
- Who do I report to? I report directly to Debbie Wertz with a dotted line to Sandy Dayton for benefits. Faith reports directly to Kelley.
- Faith said she has been with Optimal for over a year, newest employee. Really enjoys working w/ Kelly who is really great with all employees. Sounds like a good team.
- When Faith first heard Bristol was buying Optimal, she went to Kelley and said that she would be the first person to be let go. We talked about mergers and the anxiety and stress it brings for the employees. When Webster Capital bought Bristol, Chuck, the former CEO made sure that all Bristol jobs were secure. It wasn't a Hospice to Hospice buy-out it was a Capital investment firm buying out a Hospice which is different.

At 4pm, I walked Faith to the front reception office where Lesa Anderson was for the day. While we were walking she appeared to be in pain. I asked her if she was okay and she replied that she was in a recent car accident and sitting for long periods of time was difficult. I apologized for not having had a break during our two-hour meeting.

I asked if she would be going straight back to her hotel or waiting for Mia and Kelley. She said she would wait in the front reception office w/ Lesa Anderson. I said I would see her tomorrow for Paylocity training. I went back to my desk, tidied-up and left work for the day.

GRAHAM 000693