

*HUMAN RESOURCES MANUAL*
*BRISTOL HOSPICE GUIDELINES*

| GUIDELINES: Corrective Action | GUIDELINE #: BH-HR-0011 in support of Core Policy CIII, C3: 047.1 |
|---|---|
| DEPT(S): Human Resources | DATE: November 12, 2015 |
| DATE IMPLEMENTED: December 1, 2015 | Revision: Original |

**PURPOSE:** Bristol employees are responsible for learning the functions of their positions and behaving within Bristol guidelines and standards. When performance or behavior does not meet Bristol standards, supervisors are responsible to address those issues. Although Bristol is an at-will employer, it attempts to correct problems or to improve job performance by applying a consistent approach of counseling and warning procedures. Any corrective action or counseling should be fully documented. Certain acts of misconduct may require more direct or immediate disciplinary action.

**GUIDELINES:** The following are recommended guidelines for corrective action:

1. **Act promptly.** While it is important that a decision on disciplinary action not be made in haste, it is equally important that the supervisor take action as soon as it becomes apparent that a violation has occurred. Failure to take corrective action is equivalent to condoning the violation and making the rule ineffective.

2. **Get all the facts.** Getting all the facts as soon as possible is essential. While all employees are "at will," the supervisor must investigate early and thoroughly to determine that corrective action is appropriate to meet business needs.

3. **Interview the employee.** The employee should be given an opportunity to explain his or her actions. The employee's explanations should be verified and taken into consideration before corrective action is taken.

4. **Interview witnesses.** If during the course of gathering facts and interviewing the employee individuals are mentioned as having some knowledge regarding the matter, the supervisor should meet with those individuals.

5. **Determine a course of action.** A decision on the course of corrective action should not be made without sufficient review of all of the facts. The following factors should be considered:

   - Consider the nature of the violation. How serious was the offense?
   - Review any previous disciplinary actions in the employee's personnel file. What is the employee's previous record? Penalties should become more severe for each instance of misconduct or poor performance.
   - Consider the period of time since the last corrective action. Is the employee unable or unwilling to correct behavior or perform satisfactory work? A long period of good conduct following corrective action should be considered because it represents the aim of corrective discipline.

GRAHAM 000710



**HUMAN RESOURCES MANUAL**
**BRISTOL HOSPICE GUIDELINES**

- Consider any mitigating or aggravating circumstances. Mitigating circumstances, such as medical problems supported by a doctor's statement, may justify a lesser disciplinary action. Aggravating circumstances, such as prior violations for the same rule, justify a more severe penalty.
- Consider whether the action is consistent with action against other employees in similar circumstances.
- Consider whether an unpaid suspension will alter the employee's overtime classification.

6. **Continue documentation.** All facts and counseling sessions are to be documented on the *Performance Documentation Form*. Documentation of counseling sessions must contain the following information:

   - Name of employee
   - Date and reference of previous discussions (if any)
   - Specifics of the problem
   - Detail of corrective action/specific results to be achieved and date for achieving
   - Consequences if results are not achieved
   - Employee's comments
   - Employee's signature
   - Supervisor's signature

   Supervisors who fail to document discipline or otherwise fail to comply with this policy are themselves subject to disciplinary action.

7. **Progressive form of disciplinary action.** Action to correct or reprimand may be in the form of verbal warning, written warning, or suspension without pay. The original copy of the documentation should be placed in the employee's personnel file and a copy should be submitted to the Human Resources (HR) department.

   The following steps represent a progressive form of disciplinary action which is recommended in most cases. There are times when the seriousness of the violation may not fall within a progressive disciplinary process. The steps are as follows:

   **Step 1: Verbal warning.** When a performance problem is first identified, the problem is thoroughly discussed with the employee. The session should be conducted in private by the employee's supervisor and should consist of a discussion of the specific problem areas and the expected results. Once the meeting is completed, the supervisor will follow up via email and confirm the expectations to the employee. In addition, the supervisor will request that the employee contact him/her within twenty-four (24) hours if there is any confusion regarding the expectations. If the employee has not expressed concern within the twenty-four (24) hour period, the supervisor will presume that the expectations are understood. The email will be saved for supporting documentation in case another infraction occurs.

GRAHAM 000711



**HUMAN RESOURCES MANUAL**
**BRISTOL HOSPICE GUIDELINES**

**Step 2: Counseling.** If a private informal discussion with the employee has not resulted in corrective action following an appropriate investigation, the employee has violated another policy, or another performance issue has surfaced, the supervisor should:

a. Review the problem.
b. Permit the employee to present his or her views on the problem.
c. Interview witnesses (if necessary).
d. Complete a *Performance Documentation Form* in accordance with 6. of this guideline marking the "counseling" field. Include the original email as part of the supporting documentation.
e. Submit the *Performance Documentation* Form to the Human Resources (HR) department for review.
f. Meet with the employee to go over the *Performance Documentation Form* and to emphasize that the problem must be corrected, state actions to be taken and state the date for action.
g. Inform the employee that failure to correct the problem will result in further disciplinary action that may include discharge.
h. Offer the employee the opportunity of placing comments in the comments section and secure the employee's signature. The supervisor must also sign the form.
i. Place the *Performance Documentation Form* and supporting documentation in the employee's personnel file.

**Step 3: Written Warning.** If satisfactory performance and corrective action are not achieved under steps 1 and 2 or additional problems have occurred, the supervisor and the next level manager should meet with the employee in private and proceed through steps (a) through (i) above and issue a written warning to the employee using the *Performance Documentation Form*. The purpose of the documentation is to:

a. Eliminate misunderstandings between the supervisor and the employee;
b. Ensure that the employee is given notice of unacceptable conduct or performance in an effort to permit improvement; and
c. Ensure that the documentation is available to justify the action taken in the event of alleged discrimination charges.

**Step 4: Suspension or Final Warning.** If satisfactory performance and corrective action are not achieved, the supervisor may choose to issue a final warning or to temporarily remove employees from the workplace (suspension) if approved in advance by the ED and HR.

a. An exempt employee may not be suspended without pay for less than a full day, and the suspension must be related to written workplace conduct rules applicable to all employees, e.g. supervisors may suspend an exempt employee without pay for up to three (3) days for violating a generally applicable written policy prohibiting sexual harassment or for violating a generally applicable written policy prohibiting workplace violence.

GRAHAM 000712



*HUMAN RESOURCES MANUAL*
*BRISTOL HOSPICE GUIDELINES*

    d.    A Performance Improvement Plan may replace a final warning that provides more detailed information on how the employee can improve. Performance Improvement Plans would only be used when the concern is for performance and not behavioral.

**Step 5: Termination.** If the employee fails to improve or comply with the final warning, the employee will be terminated in accordance with the Involuntary Termination Guidelines, BH-HR-0001. Supervisors do not have the authority to terminate an employee without the approval of the ED and HR.

8.    **Employee Assistance Program (EAP).** Employees with performance or behavior problems who approach a supervisor with a related personal or medical concern prior to any discipline or after some discipline but prior to a decision to terminate are to be referred to the EAP. The HR department is to be consulted regarding any issues concerning discipline in these circumstances.

9.    **Independent investigation.** When appropriate, the HR department may choose to investigate concerns or may assign an independent investigator to initiate and investigation. Supervisor should always contact HR, prior to initiating an investigation, if the concern relates to harassment or discrimination of any kind.

A supervisor may request that HR conduct the investigation if he/she feels uncomfortable regarding the situation.

10.    Certain acts of misconduct may lead to immediate termination of an employee and progressive discipline will not apply.

**\*END OF GUIDELINES**

\*Guidelines are developed to guide organization personnel in how to handle specific policies and programs within the workplace and to provide a more successful work experience. Changes to guidelines may be made at any time with or without notice as necessary. It is the responsibility of all employees to review Bristol guidelines relevant to their employment.